# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT DALE LAMON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Cause No. 05-CV-745-WDS |
| | ) |
| **MAYOR: DONALD E. SANDIDGE,** | ) |
| **THE CITY OF ALTON, ILLINOIS,** | ) |
| **AND IT'S POLICE DEPARTMENT,** | ) |
| | ) |
| Defendants. | |

## O R D E R

**STIEHL, District Judge:**

This matter is before the Court on plaintiff's pro se motion to proceed in forma pauperis. Plaintiff has sued the Mayor of Alton, Illinois, Donald E. Sandridge, the City of Alton, Illinois and the Alton, Illinois Police Department for false arrest and filing a false police report against plaintiff.

The complaint is rather sparse, but is accompanied by 110 pages of exhibits, consisting of a random assortment of documents, including, *inter alia*, a booking sheet for the plaintiff's arrest in August of 2005 for operating a business without a license.  The complaint mainly relates events that occurred in Illinois state court involving, apparently, several documents involving his experiences, including:  City of Alton proceedings; zoning violation notices and proceedings; sale of property notifications for tax delinquency; City of Edwardsville and City of Glen Carbon delinquency proceedings; newspaper articles; derelict vehicle notices; attorney correspondence; correspondence from the Attorney General's Office; and other miscellaneous documents.

The Court has carefully reviewed plaintiff's complaint, but cannot find any claims giving this Court jurisdiction.  Accordingly, the Court, *sua sponte*, **DISMISSES** the complaint for failure to state a federal claim.

The motion to proceed in forma pauperis is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED:   July 19, 2006.**

                                          **s/  WILLIAM D.  STIEHL**
                                             **DISTRICT JUDGE**