## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ROBERT DALE LAMON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 05-CV-745-WDS** |
| | ) | |
| **MAYOR: DONALD E. SANDIDGE,** | ) | |
| **THE CITY OF ALTON, ILLINOIS,** | ) | |
| **AND IT'S POLICE DEPARTMENT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

**STIEHL, District Judge:**

This matter is before the Court for docket control.  On June 11, 2007, the Court directed plaintiff to provide the address of Mayor Sandidge to the Clerk of the Court within twenty days which the plaintiff has not done.  The Court further advised the plaintiff that his failure to comply with the Court's Order of June 11, 2007 would result in dismissal of the action for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

In light of plaintiff's failure to comply with the Court's Order, the Court **HEREBY DISMISSES** this action with prejudice for want of prosecution.

The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**     August 31, 2007

     s/ WILLIAM D. STIEHL
                         **District Judge**